**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00598-CV

### MARC HEALEY, Appellant

### V.

### NATASHA HALL, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 92099CC2**

## ORDER

By letter dated June 29, 2016, we instructed appellant to provide the Court, within ten days, with notice that he has requested preparation of the reporter's record and written verification that he has paid or made arrangements to pay the reporter's fee or written documentation that he has been found to be entitled to proceed without advance payment of costs. We cautioned appellant that failure to provide the required documentation within the time requested may result in an order that the appeal be submitted without the reporter's record.

As of today's date, appellant has not responded to this Court's June 29th letter. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant's brief is due on **AUGUST 12, 2016**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Sherry Hooper, Official Court Reporter for County Court at Law No. 2 of Kaufman County, counsel for appellees, and appellant.

/s/ ELIZABETH LANG-MIERS
    JUSTICE